## EEOC (INQUIRY) NUMBER: 520-2019-02954

### Inquiry Information

**REASON(S) FOR CLAIM**

**Date of Incident (Approximate):** 02/07/2019

**Reason for Complaint:** Age - I am 40 years of age or older, Retaliation - I filed a charge of job discrimination about any of the above, Retaliation - I complained to my employer about job discrimination, Genetic information, my family medical history, or my participation in genetic services like counseling, education or testing

**Pay Disparity:**

**Location of Incident:** New York

**Submission (initial inquiry) Date:** 04/04/2019

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:** N/A

**Charge Number:** N/A

**Claim previously filed as complaint with another Agency?** No

**Agency Name:** N/A

**Approximate Date of Filing:** N/A

*PLEASE NOTE THAT I SUBMITTED MY INQUIRY ONLINE, TO EEOC. All THESE SHEETS ARE TRUE PRINT OUT. THANKS [signature]

Agency Name: N/A

Approximate Date of Filing: N/A

Nature of Complaint: N/A

## INQUIRY OFFICE

Receiving: New York District Office

Accountable: New York District Office

## APPOINTMENT

Appointment Date and time: 06/25/2019 03:00 PM US/Eastern

Interview Type: Phone

## APPROXMATE DEADLINE FOR FILING A CHARGE: 12/03/2019

## POTENTIAL CHARGING PARTY

First Name, Middle Initial: Ahmed

Last Name: Alloush

Street or Mailing Address: 3000 carman rd

**Address Line 2:**

**City, State, Zip:** SCHENECTADY, NY, 12303

**Country:** UNITED STATES OF AMERICA

**Year of Birth:** 1952

**Email Address:** ahmed.alloush11@gmail.com

**Home Phone Number:** (732) 763-1090

**Cell Phone Number:** (732) 763-1090

## RESPONDENT

**Organization Name:** NEW YORK POWER AUTHORITY

**Type of Employer:** State or Local Government that I applied to, work for, or worked for

**Number of Employees:** 20 or more employees

**Street or Mailing Address:** 123 main street

**Address Line 2:**

**City, State, Zip Code:** WHITE PLAINS, NY, 10601

**County:** Westchester

**Phone Number:** (914) 390-8207

**Number of Employees:** 20 or more employees

**Street or Mailing Address:** 123 main street

**Address Line 2:**

**City, State, Zip Code:** WHITE PLAINS, NY, 10601

**County:** Westchester

**Phone Number:** (914) 390-8267

## RESPONDENT CONTACT

**First and Last Name:** Rani Pollack

**Email Address:** rani.pollack@nypa.gov

**Phone Number:**

**Title:** Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Street or Mailing Address:**

**Address Line 2:**

**City, State, Zip Code:**

**County:**



**Title:** Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Street or Mailing Address:**

**Address Line 2:**

**City, State, Zip Code:**

**County:**

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** M

**Disabled:** I have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Disabled:** I have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** White,

**National Origin:** Lebanese

## Adverse Action(s)

I informed my employer that I had a car accident and provided all related documents from Doctors not able to work. My employer denied me to take a leave of absence, time off work, vacation and sick days and treated me in a discriminated way, even though i have submitted all medical reports. A few months back before the car accident, I complained about work discrimination at the job work and no action was taken. At that time I asked my employer, I feel I am treated differently because of my age as I am 66 years old and I require an investigation in this matter. No action was taken.

As a result, my employer terminated my employment on February 8, 2019, due to my age and retaliation.

## Supplemental Information

## Supplemental Information

**What Reason(s) were you given for the action taken against you?**

- They claim that I did not provide sufficient information regarding my absence from work. I did submit doctors reports regarding my health conditions. I still have these reports as evidence that sent to NYPA. They wrongfully terminated my work employment on Feb. 8, 2019.

**Was anyone in a similar situation treated the same, better, or worse than you?**

I do not know at the present time a similar situation like mine, but maybe there are.

**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.**

I have my evidences, medical reports and requests. But all were denied. The main reason is my age I believe and I feel so. Even though my performance was very good, all of sudden, the engineering management made my performance look bad. I complained to HR about that but no one cared.

### Please tell us any other information about your experience?

I am **very shocked and surprised that at the age of 67, my employer treating me this way just because of my age** after serving almost thirty years in engineering and did very good projects. **Especially for NYPA** at different power generation plants, evidences will demonstrate my very good performance.